**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                             CASE NO. 09-40020-KKS
                                                   CHAPTER 13
THERESA MARIE ARNOLDY

            Debtor(s)           /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: THE KEISER SCHOOL, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 463600 in the amount of 1,600.03 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| THERESA MARIE ARNOLDY<br>43 TALL TIMBERS DRIVE<br>CRAWFORDVILLE, FL 32327 | THE KEISER SCHOOL, INC. D/B/A<br>KEISER COLLEGE<br>MARK HERRON, ESQ.<br>P.O. BOX 15579<br>TALLAHASSEE,, FL 32317 |
| AND | |
| DAVID H. ABRAMS<br>LAW OFFICE OF DAVID H. ABRAMS<br>P.O. BOX 3298<br>TALLAHASSEE, FL 32315 | |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/19/2013  9:46 am / CR_213