UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                            CASE NO. 09-40020-KKS
                                                         CHAPTER 13

THERESA MARIE ARNOLDY

      Debtor

_____/

## TRANSFER OF CLAIM
## AND REQUEST TO RELEASE FUNDS

COMES NOW, Creditor, Everglades College f/k/a The Keiser School, Inc., by and through its undersigned counsel, and gives notice that The Keiser School, Inc. d/b/a Keiser College has transferred its assets relating to this bankruptcy to Everglades College prior to February 28, 2013, and requests the court transfer the claim of The Keiser School to:

      Everglades College
      Attn: James Waldman, General Counsel
      1900 W. Commercial Blvd., Suite 180
      Ft. Lauderdale, FL 33309

In addition, the following checks issued to The Keiser School, were not cashed or deposited and the Trustee remitted these funds to the Clerk:

      Check number 452201 dated Feb 28, 2013 in the amount of $260.41;
      Check number 453923 dated Mar 27, 2013 in the amount of $130.20;
      Check number 455769 dated Apr 29, 2013 in the amount of $140.61; and
      Check number 457560 dated May 30, 2013 in the amount of $1,462.68

In accordance with Court pleadings, the Trustee has released funds in the total amount of $2,969.69 to the court registry (see Docs. 73, 74, and 75) and the Creditor, Everglades College, would request those funds be re-issued to Everglades College at the address stated herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all interested parties on the Court's mailing matrix by electronic transmission this 16th day of October, 2013.

/s/Bryan Duke
BRYAN DUKE
Florida Bar No.: 503924
E-mail: bduke@lawfla.com
Messer, Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, FL  32308
Telephone:  (850) 222-0720
Facsimile: (850) 224-4359