UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                                      CASE NO. 09-40020-KKS
                                                                                            CHAPTER 13
THERESA MARIE ARNOLDY

    Debtor
_____/

## MOTION TO RELEASE FUNDS

COMES NOW, Creditor, Everglades College f/k/a The Keiser School, Inc., by and through its undersigned counsel, and requests the Court Registry to release funds that were paid to it by the Trustee as unclaimed funds due to The Keiser School, Inc. d/b/a Keiser College. The holder of the claim for these funds is Everglades College by virtue of the Notice of Transfer of Claim (Doc 83).

The Keiser School had transferred these assets to Everglades College prior to 2011, and it took some time to change the name of the creditor.

WHEREFORE, Everglades Colleges requests the Trustee release the funds that were transferred to the Court Registry to Everglades College.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all interested parties on the Court's mailing matrix by electronic transmission this 17th day of December, 2013.

    /s/Bryan Duke
    BRYAN DUKE
    Florida Bar No.: 503924
    E-mail: bduke@lawfla.com
    Messer, Caparello & Self, P.A.
    2618 Centennial Place
    Tallahassee, FL  32308
    Telephone:  (850) 222-0720
    Facsimile: (850) 224-4359